IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES ALLEN NUNLEY                                                      PLAINTIFF

v.                            Civil No. 02-5199

UNITED STATES OF AMERICA;
UNITED STATES DEPARTMENT
OF JUSTICE; DRUG ENFORCEMENT
ADMINISTRATION; OFFICER HALFACRE,
Individually and in his official capacities;
UNKNOWN FEDERAL NARCOTICS AGENT,
Individually and in their official capacities                           DEFENDANTS

## O R D E R

On February 14, 2006, a schedule was established for the submission of additional material to the court (Doc. 55). On March 2, 2006, the defendants filed a motion to stay (Doc. 56). In the motion, defendants indicate the Solicitor General is in the process of deciding whether to file a petition for certiorari in this case. The defendants ask that the case be stayed pending the determination of the Solicitor General.

The motion to stay is granted. This case is hereby stayed and administratively terminated while the decision is made whether to file a petition for certiorari. As soon as the decision is made, or the time for filing such a petition has expired, the defendants are directed to notify the court and if appropriate file a motion to reopen this case.

IT IS SO ORDERED this 3rd day of March 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)